IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00377-ZLW-MEH

CHAD M. WIESE,

    Plaintiff,

v.

CENTEX HOMES,

    Defendant.

## ORDER

The matter before the Court is Plaintiff's Motion To Strike Affirmative Defenses, Reservation Of Defenses And Prayer For Costs. The Court has reviewed carefully the moving and responding papers and the applicable legal authority. The affirmative defenses and request for costs set forth in the First Amended Answer[1] are appropriate since Plaintiff appears to be asserting claims under Colorado state law as well as a federal claim under the Uniformed Services Employment and Reemployment Rights Act. The Court also finds that Defendant's reservation of its right to assert additional defenses after Plaintiff clarifies his claims is appropriate. Accordingly, it is

---

[1] After the present motion was filed, Defendant filed a First Amended Answer (Doc. No. 15), which supercedes the original Answer. However, the original affirmative defenses to which Plaintiff objects are set forth unchanged in the First Amended Answer, and in the interests of judicial economy the Court considers the present motion as relating to the First Amended Answer.

ORDERED that Plaintiff's Motion To Strike Affirmative Defenses, Reservation Of Defenses And Prayer For Costs (Doc. No. 12) is denied.

DATED at Denver, Colorado this  6th  day of August, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court