IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00377-ZLW-MEH

CHAD M. WIESE,

    Plaintiff,

v.

CENTEX HOMES,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2009.**

    For the reasons stated in this Court's Order issued March 31, 2009, on Defendant's Motion to Strike Plaintiff's Expert Witness, Plaintiff's Motion to Amend Scheduling Order [filed March 13, 2009; docket #35] is **denied** for lack of good cause.