IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  08-cv-00377-ZLW-MEH

CHAD M. WIESE,

     Plaintiff,

v.

CENTEX HOMES,

     Defendant.

---

## ORDER

---

It is ORDERED that Defendant's Notice Of Withdrawal Of Motion To Seal (Doc. No. 60) is treated by the Court as a motion to withdraw Defendant's Motion To Seal (Doc. No. 40), and is granted.  It is

FURTHER ORDERED that Defendant's Motion To Seal (Doc. No. 40) is withdrawn.  It is

FURTHER ORDERED that Defendant's Motion For Summary Judgment and Exhibits E, I, J, K, L, N, and O thereto (Doc. No 42) shall be unsealed.

DATED at Denver, Colorado, this 27th day of May, 2009.

BY THE COURT

*[signature: Zita L. Weinshienk]*

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court