IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  08-cv-00377-ZLW-MEH

CHAD M. WIESE,

     Plaintiff,

v.

CENTEX HOMES,

     Defendant.

## ORDER

The matter before the Court is Defendant's Motion To Certify Order For Interlocutory Appeal And To Stay Further Proceedings Pending Interlocutory Appeal. The Court has considered carefully the moving and responding papers and the applicable legal authority.  It is

ORDERED that Defendant's Motion To Certify Order For Interlocutory Appeal And To Stay Further Proceedings Pending Interlocutory Appeal (Doc. No. 69) is denied.

DATED at Denver, Colorado this  2nd   day of September, 2009.

BY THE COURT

_(signature)_

ZITA L. WEINSHIENK, Senior Judge
United States District Court