IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  08-cv-00377-ZLW-MEH

CHAD M. WIESE,

    Plaintiff,

v.

CENTEX HOMES,

    Defendant.

---

## ORDER

---

This matter was before the Court on September 30, 2009, for a Trial Preparation Conference at which time the Court heard argument on Defendant's Motion In Limine To Preclude Plaintiff From Providing Expert Testimony At Trial.  For the reasons stated on the record, it is

ORDERED that Defendant's Motion In Limine To Preclude Plaintiff From Providing Expert Testimony At Trial (Doc. No. 79) is granted, and Plaintiff shall not testify as to matters which are based on scientific, technical, or other specialized knowledge.  Plaintiff may testify concerning his opinions or inferences which fall within the scope of Fed. R. Evid. 701, but not as to matters which fall within the scope of Fed. R. Evid. 702.

DATED at Denver, Colorado this 30th day of September, 2009.

BY THE COURT

*/s/ Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court