IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00377-ZLW-MEH

CHAD M. WIESE,

    Plaintiff,

v.

CENTEX HOMES,

    Defendant.

---

## ORDER

---

In consideration of Magistrate Judge Michael E. Hegarty's minute entry regarding the Settlement Conference on October 15, 2009 (Doc. # 99), which indicates that a settlement has been reached in this case, it is

ORDERED that the three-day court trial in Denver, Colorado, set to commence October 26, 2009 is **vacated**. It is

FURTHER ORDERED that if a stipulation or motion to dismiss has not been received by the Court by **November 10, 2009**, as ordered by Magistrate Judge Hegarty (Doc. # 99), the case will be dismissed without prejudice.

DATED at Denver, Colorado, this 19th day of October, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court